Massa Constr., Inc. v Clyde-Savannah Cent. Sch. Dist. (2026 NY Slip Op 01682)

Massa Constr., Inc. v Clyde-Savannah Cent. Sch. Dist.

2026 NY Slip Op 01682

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, DELCONTE, AND HANNAH, JJ.

230 CA 25-00355

[*1]MASSA CONSTRUCTION, INC., PLAINTIFF-APPELLANT,
vCLYDE-SAVANNAH CENTRAL SCHOOL DISTRICT, DEFENDANT-RESPONDENT. 

SHEATS & BAILEY, PLLC, LIVERPOOL (EDWARD J. SHEATS, JR., OF COUNSEL), FOR PLAINTIFF-APPELLANT.
FERRARA FIORENZA PC, EAST SYRACUSE (RYAN L. MCCARTHY OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Wayne County (Daniel J. Doyle, J.), entered February 10, 2025, in a breach of contract action. The order and judgment granted the motion of defendant for summary judgment. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court